AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| American Humanist Association, John Doe, as parents and next friends of their minor child; Jane Doe, as parents and next friends of their minor child and Jill Doe,<br><br>*Plaintiff*<br><br>v.<br><br>South Carolina Department of Education Greenville County School District<br>*Defendant* | ) ) ) ) ) ) ) ) ) ) ) )<br><br>Civil Action No.     6:13-2471-BHH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiffs **American Humanist Association, John Doe, as parents and next friends of their minor child; Jane Doe, as parents and next friends of their minor child and Jill Doe** recover from the defendant **South Carolina Department of Education and Greenville County School District** the amount of **One dollar and 00/100** ($ 1.00  ),

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce H. Hendricks.

Date:   May 18, 2015                                              *CLERK OF COURT*


                                                                  s/Angela Lewis, Deputy Clerk
                                                                  *Signature of Clerk or Deputy Clerk*