# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

| | |
|---|---|
| American Humanist Association,<br>John Doe and Jane Doe as parents and next<br>friends of their minor child, Jill Doe,<br><br>          *Plaintiffs*,<br><br>   ~ *v.* ~<br><br>Greenville County School District,<br><br>          *Defendant.* | CA No. 6:13-cv-02471- GRA<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiffs in the above-styled case hereby appeal to the United States Court of Appeals for the Fourth Circuit from that portion of the final judgments and orders granting partial summary judgment to the Defendant as entered in this action on the 18th day of May, 2015.

_____
Aaron J. Kozloski, Fed. ID No. 9510
P.O. Box 1996, Lexington, SC 29071
phone 803-465-1400 / facsimile 888-513-6021
aaron@capitolcounsel.us

MONICA L. MILLER
American Humanist Association
1777 T Street, N.W., Washington, D.C. 20009
phone (202) 238-9088 / facsimile (202) 238-9003
mmiller@americanhumanist.org
CA: 288343 / DC: 101625

DAVID A. NIOSE
Law Offices of David Niose
348 Lunenburg Street, Suite 202 Fitchburg, MA 01420
978-343-0800, dniose@nioselaw.com MA Bar:
556484/ DC Bar 1024530
*Attorneys for the Plaintiffs*

May 25, 2015
Lexington, South Carolina