IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | | |
|---|---|---|
| American Humanist Association, John Doe and Jane Doe, as parents and next friends of their minor child, Jill Doe, | ) ) ) ) | C.A. No. 6:13-cv-02471-BHH |
| Plaintiffs, | ) ) | **CONSENT MOTION FOR LEAVE TO SUBMIT RESPONSES TO SUPPLEMENTAL MEMORANDA** |
| vs. | ) ) | |
| Greenville County School District, | ) ) | |
| Defendant. | ) | |

Plaintiff, American Humanist Association and Defendant, Greenville County School District, hereby jointly move the Court for an order permitting them to file responses to each other's initial memoranda filed on August 9 and August 10, respectively. As grounds for this motion, the parties would show:

1) The scheduling orders submitted by the parties did not include a provision for filing responses to supplemental memoranda.

2) The parties believe that responses to each other's memoranda will assist in clarifying the issues before the Court and assist the Court in deciding Plaintiff's motion for injunction.

3) The parties will file responses to supplemental memoranda on or before September 7, 2018.

2

WE SO MOVE AND CONSENT:

| AMERICAN HUMANIST ASSOCIATION | HALLIGAN MAHONEY & WILLIAMS |
|---|---|
| s/Monica Miller | s/Thomas K. Barlow |
| Monica L. Miller | Thomas K. Barlow, Fed. I.D. No. 7483 |
| *mmiller@americanhumanist.org* | *tbarlow@hmwlegal.com* |
| 1777 T Street, N.W., Washington, D.C. 20009 | John M. Reagle, Fed. I.D. No. 7723 |
| (202) 238-9088 | *jreagle@hmwlegal.com* |
| CA: 288343 / DC: 101625 | P.O. Box 11367 |
| | Columbia, South Carolina 29211 |
| Aaron J. Kozloski, Fed. ID No. 9510 | (803) 254-4035 |
| *aaron@capitolcounsel.us* | |
| P.O. Box 1996, Lexington, SC 29071 | R. Douglas Webb, Fed. I.D. No. 11491 |
| 803-465-1400 | General Counsel |
| | Greenville County School District |
| Attorneys for Plaintiffs | P.O. Box 2848 |
| | Greenville, SC 29602 |
| | *rdwebb@greenville.k12.sc.us* |
| | |
| | Attorneys for Defendant |